AO 91 (Rev. 11/11)   Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kendell Marvell KNAFF | ) | Case No.  2:23-mj-518 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 25, 2023  in the county of  Franklin  in the Southern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

SAMUEL CHAPPELL (Affiliate)
Digitally signed by SAMUEL CHAPPELL (Affiliate)
Date: 2023.09.18 12:42:06 -04'00'

*Complainant's signature*

S. Chappell ATF TFO

*Printed name and title*

Sworn to before me and signed in my presence.

Date:  9/18/2023

Chelsey M. Vascura
*Judge's signature*
United States Magistrate Judge

City and state:  Columbus Ohio

US Magistrate Judge
*Printed name and title*

**PROBABLE CAUSE AFFIDAVIT**
**Kendell KNAFF**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Kendell Marvell KNAFF (hereinafter referred to as KNAFF) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that KNAFF committed this offense.

4. According to a CPD report that I have reviewed, on or about July 25, 2023, a CPD Helicopter unit was near Greenwich St .and E. Hudson Ave. in Columbus, Ohio. The helicopter unit observed a white Chevrolet Impala driving at a high rate of speed. This same vehicle had earlier fled from a traffic stop conducted by a marked CPD unit.

5. The CPD helicopter unit observed the Impala traveling at a high rate of speed and not stopping at stop signs before it parked in front of 3667 Elmore Ct. Columbus, Ohio.

6. Uniformed CPD officers observed KNAFF exit the driver's seat of the Impala and a woman identified as Chevda MCGOWAN exit the passenger seat.

7. KNAFF was detained and placed in handcuffs. KNAFF was found to be driving without a valid drivers' license. During an inventory search of the Impala officers located a Glock model 48 9mm pistol in the center console of the vehicle. Officers located suspected marijuana, pills, and an extended magazine in the vehicle.

8. While in the rear of a cruiser KNAFF without prompting stated that the handgun was his and MCGOWAN did not know that it was in the vehicle.

9. KNAFF was prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. Franklin County, Ohio Court of Common Pleas case 03CR003141 for possession of drugs.

**PROBABLE CAUSE AFFIDAVIT**
**Kendell KNAFF**

    b. United States District Court for the Southern District of Ohio for conspiracy to possess with intent to distribute over 50 grams of cocaine base.

    c. Franklin County, Ohio Court of Common Pleas case 11CR004397 for weapons under disability.

    d. Franklin County, Ohio Court of Common Pleas case 18CR00248 for weapons under disability.

10. Records from the Franklin County, Ohio Court of Common Pleas case 11CR004397 show that on or about January 11, 2012, KNAFF signed a guilty plea acknowledging that the maximum penalty for the crimes he was pleading guilty to were three (3) years as to each count with a maximum of six (6) years if run consecutive.

11. Your Affiant confirmed via ATF resources that the aforementioned firearm possessed by KNAFF on or about July 23, 2023, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

12. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

13. Based on this information, your affiant believes probable cause exists that KNAFF, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, Glock model 48 9mm pistol bearing serial number BLFR003 and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

SAMUEL CHAPPELL (Affiliate)
Digitally signed by SAMUEL CHAPPELL (Affiliate)
Date: 2023.09.18 12:41:53 -04'00'

ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of  September 18, 2023 , at  1:01pm   Columbus, Ohio.

CHELSEY M. VASCURA
U.S. MAGISTRATE JUDGE